IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DENNY LEE NEWMAN,

    Plaintiff,
v.                                         CASE NO. 5:17-cv-41-MCR-GRJ
WARDEN PAYNE, et al.

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* Complaint pursuant to 42 U.S.C. § 1983 and is proceeding pursuant to an Amended Complaint, ECF No. 6. The Court ordered Plaintiff to submit six identical service copies of the Amended Complaint on or before July 13, 2017, and warned Plaintiff that failure to do so would result in a recommendation that this case be dismissed without further notice. ECF No. 7. As of this date, Plaintiff has neither complied nor sought an extension of time to do so.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 17th day of August 2017.

                                        *s/ Gary R. Jones*
                                      GARY R. JONES
                                      United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**